The Exchange National Bank, as Trustee Under Trust Number 1613, and Ralph Credio, Appellants, v. City of Chicago, Appellee.

Gen. No. 45,465.

Hollobow & Warren, for appellants; I. E. Hollobow, and L. C. Warren, of counsel; John J. Mortimer, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and James B. Parsons, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 29, 1951; released for publication July 12, 1951.